1  Gregory J. Marshall (#019886)
   Robert Schwimmer (#027214)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 East Van Buren
   Phoenix, Arizona 85004-2202
4  602-382-6000
   gmarshall@swlaw.com
5  rschwimmer@swlaw.com

6  Attorneys for Defendant Wells Fargo Bank, N.A.

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF ARIZONA

9  GARY PERRYMAN,                          No.

10                    Plaintiff,           **DEFENDANT WELLS FARGO
                                           BANK, N.A.'S NOTICE OF REMOVAL**
11 v.

12 WELLS FARGO & COMPANY, a
   Delaware Corporation; WELLS
13 FARGO BANK, N.A.; WELLS
   FARGO HOME MORTGAGE, and
14 DOES 1 through 50, inclusive,

15                    Defendants.

16

17         **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446,

18 Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (improperly named as "Wells Fargo

19 & Company" and "Wells Fargo Home Mortgage") hereby files this Notice of Removal

20 of the state court civil action filed against it that is described below.  The grounds for

21 removal are the following:

22         1.      Gary Perryman ("Plaintiff"), with the filing of the Complaint, commenced

23 this action in the Superior Court of the State of Arizona for the County of Maricopa on

24 March 22, 2010, in Case Number CV2010-009863 (the "Superior Court Action").

25

26

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

2.      Wells Fargo was served with a copy of the Summons and Complaint on April 2, 2010.  The Summons, Complaint, and Affidavit of Service are attached as Exhibit A.

3.      Removal is timely under 28 U.S.C. § 1446(b), because this Notice is filed within 30 days after receipt by Wells Fargo of a copy of the Complaint, as calculated under Fed. R. Civ. P. 6(a)(1), and within one year of the commencement of the action.

4.      Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona, Phoenix Division, is the federal judicial district embracing Maricopa County, Arizona, the county in which the Superior Court Action was filed.

5.      Upon information and belief, Plaintiff is a resident of the State of Arizona. (Compl. at ¶ 1.)

6.      Wells Fargo was, at the time of the filing of this action, and still is, a national bank organized under the National Bank Act.  For diversity jurisdiction purposes, a national bank is a citizen of the state designated as its main office on its organization certificate.  28 U.S.C. § 1348; *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 306 (2006).  Wells Fargo's main office as designed is in South Dakota.

7.      This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.  It may therefore be removed to this Court by Wells Fargo under the provisions of 28 U.S.C. § 1441(b), because it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Plaintiff alleges damages exceeding $75,000, although Wells Fargo disputes that Plaintiff could be entitled to such damages even if successful on his claims. He further moves to enjoin the foreclosure of Wells Fargo's deed of trust on 4340 Fort Bridger, Prescott, AZ  86305, which secures a loan with an outstanding principal of $975,739.46.  *See Garfinkle v. Wells Fargo Bank,* 483 F.2d 1074, 1076 (9th Cir. 1973).

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

Although Wells Fargo denies that it is liable to the Plaintiff, Plaintiff nonetheless seeks an amount which exceeds the amount in controversy requirement.

8.      Pursuant to 28 U.S.C. § 1446 and LRCiv 3.7(a), counsel for Wells Fargo caused a copy of this Notice of Removal to be filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.  A copy of the state court notice is attached as Exhibit B.

9.      Copies of all other documents filed in the Superior Court are attached as Exhibit C.

WHEREFORE, Defendant Wells Fargo respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Maricopa County, State of Arizona.

DATED this 3rd day of May, 2010.

SNELL & WILMER, L.L.P.


By:_____s/Robert Schwimmer_____
        Gregory J. Marshall
        Robert Schwimmer
        SNELL & WILMER L.L.P.
        One Arizona Center
        400 East Van Buren
        Phoenix, Arizona  85004-2202
        Attorneys for Defendant Wells Fargo Bank, N.A.

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 3rd day of May, 2010, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Gary Perryman
10401 E. McDowell Mountain Ranch Road
Suite 2335
Scottsdale, Arizona 85255
*Plaintiff Pro Se*

s/Barbara Gallagher

11427630.1

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000