GARY PERRYMAN
10401 E. MCDOWELL MTN RANCH RD.
SUITE 2335
SCOTTSDALE, AZ 85255
Telephone: (480) 371-7992

Pro Per

IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| GARY PERRYMAN, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, a Delaware Corporation, WELLS FARGO BANK N.A., WELLS FARGO HOME MORTGAGE and DOES 1 through 50, inclusive, <br><br> Defendants. | No. CV-10-0963-PHX-LOA <br><br> **PLAINTIFF'S REPLY TO DEFENDANTS RESPONSE TO MOTION TO REMAND TO STATE COURT** |

Defendant's Response pleading is full of inaccurate information. First, two parties have been served in this case, and a third is pending service. In addition, for this attorney to even allege that Wells Fargo Bank is not a citizen of the state of Arizona is beyond ridiculous, they have buildings in Arizona and over a dozen filings with the Arizona Secretary of State- they are valid legal entities of the STATE OF ARIZONA. To state that because a case dispute is over $75,000 would be a valid reason to move a case to federal court in and of itself would move cases that should be in state court to federal court unnecessarily, this would set an unreasonable precedence.

Accordingly, Defendant's attempt to remove this case to federal court is improper and this case should be remanded to the Maricopa County

1  Superior Court.

2  **Remand Standards:**

3  Courts strictly construe the statute against removal jurisdiction. *Gaus*
4  *v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Indeed, there is a "strong
5  presumption" against removal and "federal jurisdiction must be rejected if
6  there is any doubt as to the right of removal in the first instance." *Id.* "The
7  'strong presumption' against removal jurisdiction means that the defendant
8  always has the burden of establishing that removal is proper." *Id.* "If at any
9  time before final judgment it appears that the district court lacks subject
10  matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c).

11  **Summary:**

12  The Plaintiff FULLY disputes that Wells Fargo is not a citizen of
13  Arizona. A foreign entity that does business in a state and files a certificate
14  with the secretary of state is considered a citizen. To state that Wells Fargo
15  cannot be a defendant in a State Court in Arizona is beyond ridiculous- the
16  entities in this matter are valid legal entities doing business in Arizona
17  (Exhibit 1 to 4).  If this case did move to federal court, there should be an
18  entirely new set of federal statues that the defendants are also violating that
19  were not alleged and this case would take years and years to settle because
20  of the federal violations and the Plaintiff should have the right to amend the
21  complaint in its entirety to bring about the federal allegations and
22  violations that the Defendant is also liable for. However those claims have
23  not currently been made, therefore State court remains the proper venue, as
24  there is no basis to justify removal.

25

26  DATED this 15th day of June 2010.

27

28  GARY PERRYMAN

20312193v1                               - 2 -

REPLY TO DEFENDANT'S RESPONSE TO MOTION TO REMAND TO STATE COURT

# EXHIBIT 1.

Arizona Corporation Commission
State of Arizona Public Access System
Jump To...

06/14/2010                                                                                     10:14 PM

Scanned Documents    Amendments    Microfilm

| Corporate Inquiry | |
|---|---|
| File Number: R-1424449-9 | Check Corporate Status |
| Corp. Name: WELLS FARGO FINANCIAL MORTGAGE, LLC | |

| Domestic Address |
|---|
| 2338 W ROYAL PALM RD # J |
| PHOENIX, AZ 85021 |

| Foreign Address |
|---|
| 1 HOME CAMPUS, MAC#X2401-049 |
| DES MOINES, IA 50328 |

| Statutory Agent Information |
|---|
| Agent Name: CORPORATION SERVICE COMPANY |
| |
| Agent Mailing/Physical Address: |
| 2338 W ROYAL PALM RD # J |
| PHOENIX, AZ 85021 |
| |
| Agent Status: APPOINTED 01/25/2008 |
| Agent Last Updated: 09/10/2009 |

### Additional Corporate Information

| | |
|---|---|
| Corporation Type: FOREIGN L.L.C. | Business Type: |
| Incorporation Date: 01/25/2008 | Corporate Life Period: |
| Domicile: IOWA | County: MARICOPA |
| Approval Date: 01/30/2008 | Original Publish Date: |

# EXHIBIT 2.

Arizona Corporation Commission
State of Arizona Public Access System

06/14/2010   10:17 PM

Jump To...

Annual Reports   Scanned Documents   Microfilm

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

## Corporate Inquiry

File Number: F-0782199-0          Check Corporate Status

Corp. Name: WELLS FARGO BANK, NATIONAL ASSOCIATION

### Domestic Address
% CORPORATION SERVICE COMPANY
2338 W ROYAL PALM RD STE-J
PHOENIX, AZ  85021

### Foreign Address
101 N. PHILLIPS AVENUE
SIOUX FALLS, SD  57104

### Statutory Agent Information
Agent Name: CORPORATION SERVICE COMPANY

Agent Mailing/Physical Address:
2338 W ROYAL PALM RD STE-J
PHOENIX, AZ  85021

Agent Status: APPOINTED 09/08/2000

### Additional Corporate Information

| | |
|---|---|
| Corporation Type: PROFIT | Business Type: BANKING/FINANCE |
| Incorporation Date: 07/10/1996 | Corporate Life Period: PERPETUAL |
| Domicile: CALIFORNIA | County: MARICOPA |
| Approval Date: 07/10/1996 | Original Publish Date: 07/29/1996 |

**EXHIBIT 3.**



**Wells Fargo Building. Phoenix, AZ.**